**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Steven Douglas GREEN, Defendant– Appellant.**

**No. 99–56278.**

**D.C. No. CV–97–0790–B.**

United States Court of Appeals, Ninth Circuit.

May 16, 2001.

Before O'SCANNLAIN, FERNANDEZ and RAWLINSON, Circuit Judges.

ORDER

The memorandum disposition which was filed October 26, 2000, is AMENDED by deleting the fifth sentence in the third paragraph, which states as follows:

Hines did not participate in any of the negotiations with the defendants, did not search the hotel rooms and did not participate in the interviews of the arrestees.

With this amendment, the panel as constituted above has voted to deny Appellant's petition for rehearing. The petition for rehearing is DENIED.